IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02642-RM-KLM

VEDERRA HOLDINGS LLC, Colorado limited liability company,

    Plaintiff(s),

v.

GLOBAL EQUITY PARTNERS LLC, a Texas limited liability company and

GARY JEFFERSON, individually,

    Defendant(s).

_____

**DEFENDANT'S OPPOSITION TO MOTION FOR REOPENING OF DEFAULT JUDGMENT**

_____

    On January 9, 2023**,** plaintiff **VEDERRA HOLDINGS LLC,** filed an unopposed motion to reopen default judgment, claiming that defendant, **GLOBAL EQUITY PARTNERS, LLC**, has not met settlement agreement date on January 4, 2023. Defendant, **GARY JEFFERSON**, sole owner and representative for **GLOBAL EQUITY PARTNERS, LLC**. responded by email directly to the Plaintiffs and his Attorney. Defendant as acting agent for his own firm, **GLOBAL EQUITY PARTNERS, LLC**. has advised the payments are in process to be transferred to Plaintiff's Attorney Trust Account. The delay was simply due to travel delays, bank processing time, and the holidays which limited defendant access to make transfers at the scheduled date.

    Further, any alleged failure to timely respond to the complaint was technical at most and hardly rises to the level of delinquency Federal Rule of Civil Procedure 55 is designed to rectify. As explained above, Defendant demonstrated to both plaintiff and this court his full intention to respond on behalf of his firm to the complaint prior to the filing of the motion for reopening of this default judgment and should be allowed to do so.

**PRAYER**

For all these reasons, Defendant prays this Court deny this Motion to reopen Default Judgement as Defendant need additional time to allow payments to be processed and sent to Plaintiff's Attorney Trust Account as this has been already communicated to the Plaintiff.

Dated this 10th day of January 2023.

Respectfully submitted,

By: /s/ Gary Jefferson
**Gary Jefferson & GLOBAL EQUITY PARTNERS, LLC.**
8758 Laurel Crest Dr.
Missouri City, TX 77459
Telephone: (832) 641-7350
E-mail: garyjefferson74@gmail.com
Pro-se Defendant(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, I sent a copy of the **Defendant's Second Amended Answer and General Denial** to the following parties in the way described below each party's name:

Vederra Holdings, LLC
Served electronically
James E. Dallner
SBN: 36842
Phillip S. Lorenzon
SBN: 13771
LORENZO, EKKER, DALLNER, LLC
10233 South Parker Rd.
Parker, Colorado 80134
P: (720) 543-7735
E: jallner@ledlegal.com
E: plorenzo@ledlegal.com