# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 22-cv-02642-RM-KLM

VEDERRA HOLDINGS LLC, a Colorado Limited Liability company,

    Plaintiff,

v.

GLOBAL EQUITY PARTNERS LLC, a Texas Limited Liability company, and
GARY JEFFERSON, individually,

    Defendants.

_____

### ORDER FOR ENTRY OF JUDGMENT
_____

THIS MATTER COMES BEFORE THE COURT upon consideration of Plaintiff's Unopposed Motion to Reopen Action Pursuant to D.C.COLO.LCivR 41.2 and for Entry of Final Judgment Against Defendant Global Equity Partners LLC and Gary Jefferson ("Plaintiff's Motion") (ECF No. 21). The Court, having reviewed Plaintiff's Motion and being fully advised in the premises, concludes that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED as follows:

(1) That the Unopposed Motion to Reopen Action Pursuant to D.C.COLO.LCivR 41.2 and for Entry of Final Judgment Against Defendant Global Equity Partners LLC and Gary Jefferson is granted;

(2) That under D.C.COLO.LCivR 41.2 the clerk is directed to reopen this case;

(3) That judgment shall enter in favor of the plaintiff, Vederra Holdings LLC and against defendant, Gary Jefferson, in the principal amount of 2,600,000 dollars;

(4)     That judgment shall enter in favor of the plaintiff, Vederra Holdings LLC and against defendant, Global Equity Partners LLC, in the principal amount of 2,600,000 dollars;

(5)     That interest at the rate of eight percent per annum shall accrue on the principal amount from January 4, 2023, until the principal amount is paid in full;

(6)     That the plaintiff is awarded its costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

(7)     That the plaintiff may file a post-judgment motion seeking an award of reasonable attorney fees on or before February 16, 2023.

DATED this 26th day of January, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge