IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-02642-RM-KLM

VEDERRA HOLDINGS LLC, a Colorado Limited Liability company,

    Plaintiff,

v.

GLOBAL EQUITY PARTNERS LLC, a Texas Limited Liability company, and
GARY JEFFERSON, individually,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Judge Raymond P. Moore on January 26, 2023, the following Final Judgment is hereby entered.

It is ORDERED that judgment is entered in favor of the plaintiff, Vederra Holdings LLC, and against the defendant Gary Jefferson in the principal amount of $2,600,000. It is

FURTHER ORDERED that judgment is entered in favor of the plaintiff, Vederra Holdings LLC, and against the defendant Global Equity Partners LLC in the principal amount of $2,600,000.   It is

FURTHER ORDERED that interest on the principal amount shall accrue at the rate of 8% per annum from January 4, 2023, until the principal amount is paid in full.   It is

FURTHER ORDERED that the plaintiff is awarded its costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.   It is

FURTHER ORDERED that the plaintiff may file a post-judgment motion seeking an award of reasonable attorney fees on or before February 16, 2023.

DATED at Denver, Colorado, this 26th day of January, 2023.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By:  s/C. Pearson, Deputy Clerk